IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 4:13cr41-RH

ALTON EUGENE DIGGS,

     Defendant.

_____/

## ORDER DENYING EARLY TERMINATION
## OF SUPERVISED RELEASE

The defendant Alton Eugene Diggs served a 104-month prison sentence and has served just over two years on a ten-year term of supervised release. He has moved for early termination of supervised release.

A court may order early termination if a defendant has served at least one year on supervised release and termination is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). The Judicial Conference of the United States has approved Monograph 109 suggesting factors that should inform a probation officer's decision whether to recommend early termination. The monograph is not binding on a court.

The probation officer has provided a memorandum addressing the Monograph 109 factors. The memorandum reports that Mr. Diggs has complied with his conditions of supervision and has maintained a stable residence. He is currently employed but has had four different jobs and some periods of unemployment during his two years on supervised release. Overall, Mr. Diggs's conduct on supervised release has been commendable. But his inconsistent employment record and criminal history suggest the need for continued supervision.

I have considered all the 18 U.S.C. § 3553(a) sentencing purposes. I find that termination of supervision at this time is not in the interest of justice.

IT IS ORDERED:

The motion for early termination of supervised release, ECF No. 485, is denied.

SO ORDERED on September 9, 2022.

s/Robert L. Hinkle<br>
United States District Judge